**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE PEREZ, | NO. ED CV 22-940-PA(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| KATHLEEN ALLISON, CDCR Secretary, | |
|     Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 7, 2022.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE